FILED
IN COURT
CHARLOTTE, N. C.

APR 1 1 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR72-C |
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | INDICTMENT |
| LAVORIS MCIVER | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an Order unsealing the indictment in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the indictment no longer exist;

NOW, THEREFORE, IT IS ORDERED that the indictment in the above-numbered case be unsealed.

This the 11th day of April, 2007.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE